# Court of Appeals
# of the State of Georgia

ATLANTA,  July 08, 2020

*The Court of Appeals hereby passes the following order:*

**A20A1793.  PATEL v. SONG.**

On June 9, 2020, pursuant to the Supreme Court's order allowing this Court to re-instate deadlines on a case-by-case basis, appellant Pravinkumar P. Patel was ordered to file an appellant's brief by June 29, 2020. Appellant has neither filed a brief or requested an extension of time in which to file a brief. Accordingly this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  07/08/2020*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*